IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES C. HARRIS, THOMAS CLIFFORD, DAVID R. DESROSIERS, RICHARD M. EVENS, WILLIAM S. MCLAUGHLIN, JR., THOMAS M. MURPHY, JAMES POWERS, GARY PREVOST, ROBERT ROZELL, TERRY L. VANARNUM, JR., KEVIN WHIBLE, PAUL J. WOLFE, DAVID J. COWLES and JOHN W. WEAVER,<br><br>Plaintiffs,<br><br>-against-<br><br>FINCH, PRUYN & COMPANY, INC., THE RETIREMENT BOARD OF FINCH, PRUYN & CO., INC., RICHARD J. CAROTA, DAVID P. MANNY, LAURIER J. LAVIGNE, JEFFREY W. BENWAY, JOHN E. LEVANDOSKY AND FINCH PAPER, LLC,<br><br>Defendants. | **STIPULATION OF DISMISSAL**<br><br>Civil Action No. 05-cv-951<br>(FJS/RFT) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate on behalf of their respective clients that this action be dismissed in its entirety with prejudice, with each party to bear his and its own costs, expenses, and attorneys' fees. The parties state that no party hereto is an infant or incompetent.

BLITMAN & KING, LLP

By: _____ 4/1/09
James R. LaVaute, Esq.                (Date)
Daniel E. Kornfeld, Esq.
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204-1415
(315) 422-7111
(315) 471-2623 (Fax)
jrlavaute@bklawyers.com

Attorneys for Plaintiffs

COUCH WHITE, LLP

By: _____ 4/1/09
Michael T. Wallender, Esq.            (Date)
Bar Roll #102780
540 Broadway
Albany, NY 12201
(518) 320-3422
(518) 426-0523 (Fax)
mwallender@couchwhite.com

Peter D. Post, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart. P.C.
Four Gateway Center, Suite 400
444 Liberty Avenue
Pittsburgh, PA 15222-1237

Attorneys for Defendants

Stipulation of Dismissal – Civil Action #05-cv-951
Page Two

---

IT IS SO ORDERED:


_____
Honorable Frederick J. Scullin, Jr.
Senior United States District Court Judge

C:\Documents and Settings\mwallender.COUCHWHITE\Local Settings\Temporary Internet Files\OLK1B\Stipulation of Dismissal.doc